UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID A. SCHOLL, BRIAN K. GLOVER, AND DENNIS W. VAUGHN, on behalf of the Chesapeake Energy Corporation Savings and Incentive Stock Bonus Plan, themselves, and a class consisting of similarly situated participants of the Plans,<br><br>                Plaintiffs,<br>  v.<br><br>CHESAPEAKE ENERGY CORPORATION, THE BENEFITS COMMITTTEE OF CHESAPEAKE ENERGY CORPORATION, THE INVESTMENT COMMITTEE OF CHESAPEAKE ENERGY CORPORATION, JAY HAWKINS, and JOHN DOES 1-20,<br><br>                Defendants. | Case No. CIV-17-279-R |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs David A. Scholl. Brian K. Glover, and Dennis W. Vaughn ("Plaintiffs") hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated: August 7, 2017              **NORMAN & EDEM, P.L.L.C.**
                                          Emmanuel E. Edem, OBA #2614
                                          L. Mark Bonner, OBA #14541
                                          127 N.W. 10th St.
                                          Oklahoma City, OK  73103
                                          Tel: 405-272-0200
                                          Fax: 405-272-1055
                                          lmb@nemw.com

**STULL, STULL & BRODY**
<u>*/s/Michael J. Klein*</u>
Michael J. Klein (admitted *Pro Hac Vice*)
6 East 45th Ctreet
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022
mklein@ssbny.com

*Counsel for Plaintiffs*

2